1  RENE L. VALLADARES
   Federal Public Defender
2  State Bar No. 11479
   RAQUEL LAZO
3  Assistant Federal Public Defender
   411 E. Bonneville Ave., Suite 250
4  Las Vegas, Nevada 89101
   Tel: (702) 388-6577
5  Fax: (702) 388-6261

6  Attorney for **STUART**

7

8              UNITED STATES DISTRICT COURT

9                   DISTRICT OF NEVADA

10 UNITED STATES OF AMERICA,            2:12-cr-264-MMD-GWF
11        Plaintiff,
12 vs.                                  **UNOPPOSED MOTION AND
                                        PROPOSED ORDER TO MODIFY THE
13 RASCHID STUART,                      CONDITIONS OF PRETRIAL RELEASE**
14        Defendant.
15

16        COMES NOW THE DEFENDANT, DONNIE JOHN HUBER, by and through counsel,
17 Rene L. Valladarez, Federal Public Defender, and RAQUEL LAZO, Assistant Federal Public
18 Defender, counsel for RASCHID STUART, that the conditions of Mr. Stuart's release be modified
19 to include permission to travel out of the jurisdiction temporarily to Tucson, Arizona.
20        1.   Mr. Stuart requests permission to travel to Tucson, Arizona from March 15, 2013 to
21 March 18, 2013. Mr. Stuart's sole reason for the requested travel is to accompany his mother, who
22 cannot travel alone, to his cousin's wedding.
23        2.   Mr. Stuart's pretrial officer, Jaime Stroup, reports that Mr. Stuart has been fully
24 complaint and therefore he does not oppose this request.
25        3.   Government counsel also has no opposition.
26 ///
27 ///
28 ///

                                    1

1   DATED this 11th day of February, 2013.

2   Respectfully submitted,

3
4   RENE L. VALLADARES
    Federal Public Defender

5   */s/ Raquel Lazo*
    By: _____
6   RAQUEL LAZO,
    Assistant Federal Public Defender
7   Counsel for Raschid Stuart

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>RASCHID STUART,<br><br>　　　　　Defendant. | 2:12-cr-264-MMD-GWF<br><br>**ORDER FOR TRAVEL** |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the pretrial release conditions of the defendant be modified to permit travel to Tucson, Arizona from March 15, 2013 to March 18, 2013 for the purpose of accompanying his mother, who cannot travel alone, to his cousin's wedding.

DATED 12 day of February, 2013.

_____
UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF ELECTRONIC SERVICE**

The undersigned hereby certifies that she is an employee of the Law Offices of the Federal Public Defender for the District of Nevada and is a person of such age and discretion as to be competent to serve papers.

That on February 11, 2013, she served an electronic copy of the above and foregoing **UNOPPOSED MOTION AND PROPOSED ORDER TO MODIFY THE CONDITIONS OF PRETRIAL RELEASE** by electronic service (ECF) to the person named below:

DANIEL BOGDEN
United States Attorney
333 Las Vegas Blvd. So., 5th Floor
Las Vegas, Nevada 89101
WILLIAM R. REED
Assistant United States Attorney
333 Las Vegas Blvd. So. 5th Floor
Las Vegas, NV 89101

*/s/ Maribel Bran*
_____
Employee of the Federal Public Defender