RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
411 E. Bonneville Ave., Suite 250
Las Vegas, Nevada 89101
Tel: (702) 388-6577
Fax: (702) 388-6261

Attorney for **STUART**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RASCHID STUART,<br><br>Defendant. | 2:12-cr-264-APG-GWF<br><br>**UNOPPOSED MOTION AND PROPOSED ORDER TO MODIFY THE CONDITIONS OF PRETRIAL RELEASE** |

COMES NOW THE DEFENDANT, Raschid Stuart, by and through counsel, Rene L. Valladares, Federal Public Defender, and RAQUEL LAZO, Assistant Federal Public Defender, counsel for RASCHID STUART, that the conditions of Mr. Stuart's release be modified to include permission to travel out of the jurisdiction temporarily to San Antonio, Texas.

1. Mr. Stuart requests permission to travel to San Antonio, Texas from August 9, 2013 to August 13, 2013. Mr. Stuart's sole reason for the requested travel is to see his daughter. He was unable to visit her during his last visit to San Antonio, Texas, on June 27, 2013 to June 30, 2013, because she was in summer camp in Georgia. The client will be staying with his mother.

2. Mr. Stuart's pretrial officer, Jaime Stroup, reports that Mr. Stuart has been fully complaint and therefore he does not oppose this request.

3. Government counsel also has no opposition.

///

///

1

DATED this 1st day of August, 2013.

Respectfully submitted,

RENE L. VALLADARES
Federal Public Defender

*/s/ Raquel Lazo*
By: _____
RAQUEL LAZO,
Assistant Federal Public Defender
Counsel for Raschid Stuart

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>vs.<br><br>RASCHID STUART,<br><br>         Defendant. | 2:12-cr-264-APG-GWF<br><br>**ORDER FOR TRAVEL** |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the pretrial release conditions of the defendant be modified to permit travel to San Antonio, Texas from August 9, 2013 to August 13, 2013 for the purpose of seeing his daughter.

DATED 5th day of August, 2013.

_____
UNITED STATES MAGISTRATE JUDGE

3

**CERTIFICATE OF ELECTRONIC SERVICE**

The undersigned hereby certifies that she is an employee of the Law Offices of the Federal Public Defender for the District of Nevada and is a person of such age and discretion as to be competent to serve papers.

That on August 1, 2013, she served an electronic copy of the above and foregoing **UNOPPOSED MOTION AND PROPOSED ORDER TO MODIFY THE CONDITIONS OF PRETRIAL RELEASE** by electronic service (ECF) to the person named below:

DANIEL BOGDEN
United States Attorney
333 Las Vegas Blvd. So., 5th Floor
Las Vegas, Nevada 89101
WILLIAM R. REED
Assistant United States Attorney
333 Las Vegas Blvd. So. 5th Floor
Las Vegas, NV 89101

*/s/ Maribel Bran*
Employee of the Federal Public Defender