RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
SUNETHRA MURALIDHARA
Assistant Federal Public Defender
Nevada State Bar No. 13549
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Sunethra_Muralidhara@fd.org

Attorney for Raschid Stuart

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>    v.<br><br>RASCHID STUART,<br><br>          Defendant. | Case No. 2:12-cr-00264-APG-GWF<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(First Request) |

    IT IS HEREBY STIPULATED AND AGREED, by and between Steven W. Myhre, Acting United States Attorney, and Pamela A. Martin, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Sunethra Muralidhara, Assistant Federal Public Defender, counsel for Raschid Stuart, that the Revocation Hearing currently scheduled on December 28, 2017, be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

    This Stipulation is entered into for the following reasons:

    1.    Defense counsel was assigned the case on December 26, 2017 and requires additional time to prepare, investigate, and discuss the case with Defendant.

    2.    The defendant is not in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the first request for a continuance of the revocation hearing.

DATED this 27th day of December, 2017.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | STEVEN W. MYHRE<br>Acting United States Attorney |
| */s/ Sunethra Muralidhara*<br>By_____<br>SUNETHRA MURALIDHARA<br>Assistant Federal Public Defender | */s/ Pamela A. Martin*<br>By_____<br>PAMELA A. MARTIN<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

RASCHID STUART,

    Defendant.

Case No. 2:12-cr-00264-APG-GWF

**ORDER**

    IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Thursday December 28, 2017 at 2:00 p.m., be vacated and continued to February 1, 2018 at the hour of 10 : 30 a.m.; or to a time and date convenient to the court.

    DATED this 27th day of December, 2017.

                                      UNITED STATES MAGISTRATE JUDGE